

110 East 59th Street, Ste. 3200, New York, NY 10022
Tel: 646-590-0571, Fax: 646-619-4012
Web: www.svhllp.com

4.13.17

**VIA ECF**
Judge Edward R. Korman
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Room 918
Brooklyn, New York 11201

    In re: *Charel Allahab v. EOS CCA*
    *E.D.N.Y. Case No.* 1:17-cv-01444

Dear Judge Korman,

Sirotkin Varacalli & Hamra, LLP., represents Plaintiff, Charel Allahab, in the above-matter.

The parties report that this case has just settled. The parties anticipate exchanging a settlement agreement and it is expected that within 45 days, the agreements will be finalized. Once said agreement is finalized, the parties anticipate submission of a stipulation of dismissal of this actions with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully,


*/s/ Abraham Hamra*
Sirotkin Varacalli & Hamra, LLP.
110 e. 59TH Street, Suite 3200
New York, NY 10022
(646) 590-0571
(fax) (646) 619-4012
(email) Ahamra@svhllp.com
*Counsel for Plaintiff(s)*

cc: Matthew Johnson via email, MBJohnson@mdwcg.com

1